```
Law Offices of Peter G. Macaluso
Peter G. Macaluso #215730
7311 Greenhaven Drive #100
Sacramento, CA 95831
916-392-6591
916-392-6590 Facsimile

Attorney for Debtor
Igor Starov
```

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CASE NO. 10-30037

Starov, Igor

_____Debtor_____/

**NOTICE OF RELATED CASES**

**TO ALL PARTIES IN INTEREST:**

Please take notice that the case of Igor Starov is related to the case Anatoliy Starov and Tamara Starova. As such, these cases should be administered by the same Trustee.

Dated: April 19, 2010

/s/ Peter G. Macaluso
Peter G. Macaluso, Attorney at Law

FILED
APR 19 2010
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

#9